NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALGESE 2 S.C.A.R.L.,**
*Plaintiff-Appellant*

v.

**UNITED STATES, LOUIS BERGER AIRCRAFT SERVICES, INC.,**
*Defendants-Appellees*

---

2016-2414

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-01279-TCW, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

### O R D E R

Upon consideration of Appellant's motion for a 13-day extension of time, until November 10, 2016, to file its opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25